Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00734-CR

**IN RE** Daniel Chacon **RODRIGUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
           Rebecca Simmons, Justice
           Marialyn Barnard, Justice

Delivered and Filed:  November 3, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On October 14, 2010, relator Daniel Chacon Rodriguez filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 99-250, styled *State of Texas v. Daniel Chacon Rodriguez*, in the 216th Judicial District Court, Kerr County, Texas, the Honorable Keith Norman Williams presiding.